# EXHIBIT "C"



RAS LaVrar, LLC
1133 South University Drive
Second Floor
Plantation, Florida 33324

Current Creditor:  CAPITAL ONE BANK (USA), N.A.
Account Number:  XXXXXXXXXXXX3463
RASL File Number:  3000587550
Current Balance:  $7603.59
Letter Date:  June 30, 2017

TRACY CRAINE
124 SW 206TH AVE
PEMBROKE PINES FL 33029-5013



Dear TRACY CRAINE:

RE:  CAPITAL ONE BANK (USA), N.A.  / TRACY CRAINE
Account Number:  XXXXXXXXXXXX3463
Our File Number:  3000587550.001

NOTICE PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT

Our law firm is attempting to collect a debt that is owed to CAPITAL ONE BANK (USA), N.A.  on a credit account and any information obtained will be used for that purpose.  This communication is from a debt collector.  This file was previously handled by Zakheim Law Group.  Our firm has purchased the assets of Zakheim Law Group.  CAPITAL ONE BANK (USA), N.A.  has transferred this file to our office for handling.  If you already have a payment plan in place we will honor that arrangement.  If you have previously arranged for automated payments to be withdrawn by Zakheim Law Group you do not need to change anything, they will continue to be processed.  To speak with someone at our office you can reach us at 844-500-2844.

In accordance with the above Act, you are further notified of the following information:

1. The amount of the debt:  $7603.59 as of the date of this letter.
2. Name of the creditor to whom the debt is owed:  CAPITAL ONE BANK (USA), N.A.
3. Unless you dispute the validity of the debt or any portion thereof within thirty (30) days after receipt of this Notice, we will assume that the debt is valid.
4. If you notify us in writing within thirty (30) days after receipt of this Notice that the debt or any portion thereof is disputed, we will obtain verification of the debt or a copy of any judgment against you and it will be mailed to you.
5. We will provide you with the name and address of the original creditor, if different from the current creditor, upon your written request within thirty (30) days after receipt of this Notice.

Sincerely,

Flynn LaVrar, Esq.



Second Floor
1133 South University Drive
Plantation, Florida, 33324
**Return Service Requested**



NEOPOST
06/30/2017
US POSTAGE $000.40³

FIRST-CLASS MAIL
AUTO

ZIP 33062
041M11283423

TRACY CRAINE
124 SW 206TH AVE
PEMBROKE PINES, FL  33029 5013

**Personal and Confidential to the named addressee**



PRSRT FIRST CLASS 07/01/2017